NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HOWMEDICA OSTEONICS CORP.,**
*Plaintiff-Appellant,*

**v.**

**ZIMMER, INC. and CENTERPULSE ORTHOPEDICS, INC.**
**(formerly known as Sulzer Orthopedics, Inc.),**
*Defendants-Appellees,*

*and*

**SMITH & NEPHEW, INC.,**
*Defendant-Appellee.*

---

2010-1162

---

Appeal from the United States District Court for the District of New Jersey in No. 05-CV-0897, Senior Judge William H. Walls.

---

**JUDGMENT**

---

GREGORY J. VOGLER, McAndrews, Held & Malloy, Ltd., of Chicago, Illinois, argued for plaintiff-appellant. With him on the brief were TIMOTHY J. MALLOY, PATRICIA J. MCGRATH and CHRISTOPHER M. SCHARFF.

DAVID K. CALLAHAN, Kirkland & Ellis LLP, of Chicago, Illinois, argued for all defendants-appellees. With him on the brief for Zimmer, Inc., et al. was BRYAN S. HALE.  Of counsel was BRYCE A. MAUTNER.  Also on the

brief for Smith & Nephew, Inc., were GREGORY N. STILLMAN, Hunton & Williams LLP, of Norfolk, Virginia; RODGER L. TATE and BRADLEY T. LENNIE, of Washington, DC.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, DYK, and MOORE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 13, 2010          /s/ Jan Horbaly
Date                      Jan Horbaly
                          Clerk